UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| RAY ALLEN DICKS, JR. ) | |
| ) | |
| v.                              ) | Case No.: 14-4594 |
| ) | |
| UNITED STATES OF AMERICA  ) | |

## **MOTION FOR LEAVE TO FILE OVERSIZE JOINT APPENDIX**

Comes now counsel for Appellant, Ray Allen Dicks, Jr., who requests leave to file an oversize Joint Appendix, for the following reasons:

1. The Joint Appendix Contains the entirety of the trial transcript, including closing arguments.

2. The trial spanned three days.

3. The entirety of the transcript is necessary to support Appellant's assignments of error.

4. The Joint Appendix is 660 pages.

Wherefore, for the forgoing reasons, counsel for Appellant, Ray Allen Dicks, Jr. respectfully requests leave to file an oversize (660 page) Joint Appendix.

Respectfully submitted,

 /s/ Adam M. Krischer
Adam M. Krischer, Esq., VSB# 65646
Dennis, Stewart, Krischer & Terpak PLLC
2045 North 15th Street, Suite 200
Arlington, Virginia 22201
Tel. 703-248-0626
Fax. 703-248-8971
akrischer@dsktlaw.com
*Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2015, I caused this Motion for Leave to File Oversizse Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Patricia Giles
Rebecca Bellows
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700

                                    /s/ Adam M. Krischer
                                    Adam M. Krischer, Esq., VSB# 65646
                                    Dennis, Stewart, Krischer & Terpak PLLC
                                    2045 North 15th Street, Suite 200
                                    Arlington, Virginia 22201
                                    Tel. 703-248-0626
                                    Fax. 703-248-8971
                                    akrischer@dsktlaw.com
                                    *Counsel for Appellant*